## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| | : | |
| | : | Criminal No. 20- 119 (RBK) |
| v. | : | |
| | : | |
| KHALIF TOOMBS | : | |
| | : | |

### INFORMATION

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

From in or about April 2019 through in or about June 2019, in Atlantic County, in the District of New Jersey and elsewhere, defendant

### KHALIF TOOMBS

did knowingly and intentionally conspire and agree with Terryn Kelsey, Tieyesha Tucker, Wayne Burnside, and others, known and unknown, to distribute and to possess with intent to distribute 1 kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

In violation of Title 21, United States Code, Section 846.

CRAIG CARPENITO
United States Attorney

CASE NUMBER:

United States District Court
District of New Jersey

UNITED STATES OF AMERICA

v.

KHALIF TOOMBS

INFORMATION FOR

21 U.S.C. § 846

CRAIG CARPENITO
U.S. ATTORNEY, NEWARK, NEW JERSEY

MARTHA K. NYE
Assistant U.S. Attorney
Camden, New Jersey
(856) 757-5104