## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

February 5, 2020
**DATE OF PROCEEDINGS**

**JUDGE: ROBERT B. KUGLER**

**COURT REPORTER:**   CARL NAMI, JR.

**OTHERS:** _____

**Docket #** CR. 1:20-00119-01 (RBK)

**TITLE OF CASE**:
UNITED STATES OF AMERICA
            vs.
KHALIF TOOMBS
            **PRESENT**

**APPEARANCE:**
Martha Nye, AUSA, and Andrew Johns, AUSA, for USA
Jerome Ballarotto, Esq., for Defendant

**NATURE OF PROCEEDINGS:**   INITIAL APPEARANCE/PLEA TO 1-COUNT INFORMATION

Deft. advised of charges and penalties.
Waiver of indictment executed and filed.
INFORMATION filed.
Terms of plea agreement read into the record.
Ordered plea agreement approved.
Ordered deft. sworn; deft. sworn
PLEA:      GUILTY to Count 1 of the Information.
Ordered plea accepted.
Ordered sentencing set for May 12, 2020 at 9:30AM Courtroom 4D.
Ordered defendant remanded to the custody of the United States Marshals Service.

Time commenced: 11:15AM      Time Adjourned: 11:45AM      Total Time: 0:30

                              Lawrence MacStravic
                              DEPUTY CLERK

**cc: Chambers**