**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**

November 2, 2020
**DATE OF PROCEEDINGS**

**JUDGE: ROBERT B. KUGLER**

**COURT REPORTER:**   CARL NAMI, JR.

**OTHERS:** Joseph DaGrossa, U.S. Probation

**Docket #**   CR 1:20-00119-001 (RBK)

**TITLE OF CASE**:
UNITED STATES OF AMERICA
              vs.
KHALIF TOOMBS
            DEFENDANT PRESENT (VIA VIDEOCONFERENCE)

**APPEARANCE:**
Martha Nye, AUSA, for USA (via videoconference)
Jerome Ballarotto, Esq., for Defendant (via videoconference)

**NATURE OF PROCEEDINGS:**   SENTENCING HEARING ON 1-COUNT INFORMATION

Order approving use of videoconference for sentencing hearing executed and filed.

SENTENCE:    Imprisonment for 135 months on Count 1 of the Information
SUPERVISED RELEASE: 5 years w/special conditions
FINE: waived.
SPECIAL ASSESSMENT: $100.00.

Defendant advised of right to appeal.
Consent judgment and preliminary order of forfeiture executed and filed.
Court recommends that the BOP designate defendant to FCI Fort Dix or FCI Danbury, CT.
Court further recommends that BOP evaluate defendant for participation in a drug treatment program while incarcerated.
Ordered defendant remanded to the custody of the United States Marshals Service.

Time commenced: 10:50AM     Time Adjourned: 11:35AM          Total Time: 0:45

Lawrence MacStravic
**cc: Chambers**                                                                    DEPUTY CLERK