

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, 7th floor*  *973-645-2700*
*Newark, New Jersey 07102*

September 26, 2023

Honorable Robert B. Kugler
Mitchell H. Cohen Building
 & U.S. Courthouse
 4th & Cooper Streets
Camden, NJ 08101

      Re:    United States v. Khalif Toombs
              Criminal No. 20-119 (RBK)

Your Honor:

Please find attached a proposed Final Order of Forfeiture for the above referenced matter.

                        Respectfully submitted,

                        PHILIP R. SELLINGER
                        United States Attorney

                        *s/Sarah Devlin*
                        By: SARAH DEVLIN
                        Assistant United States Attorney

Enclosure
cc w/enc. (by ECF):
   Jerome Ballarotto, Esq.
   Counsel for Defendant Khalif Toombs