To Whom it MAY Concern,

my NAme is Khalif Toombs Inmate
# 72641-050. I Believe I Qualify
for the two Point Reduction
for first time Offenders. I would
like to Know the Process for the
Reduction and Something In Writing
that Says I Qualify. This Is
my first Offense.

my Docket NO. 0312 1:20CR00119-1

My lawyers were

DAVID BAHuriaK  # 215-413-1150

Jerome Ballarotto  # 609-581-8555

RECEIVED

MAR - 1 2024

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

Thank you for your
Time

Khalif Toombs #72641-050
Federal Correctional Institution
33½ Pembroke RD
DANBury CT 06811

RECEIVED
MAR - 1 2024
AT 8:30
M
CLERK, U.S. DISTRICT COURT - DNJ

US District Court
ATT: Public Defenders
Offenders office
4th & Copper Street
CAmden, NJ 08101

08102-157082

FREEDOM FREEDOM
PURPLE HEART
FREEDOM FREEDOM FREEDOM

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL®

9589 0710 5270 0554 1955 06